**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 12-cv-00540-REB-KMT

DAVID MCCLEARY,

    Plaintiff,

v.

NATIONWIDE CREDIT, INC., a Georgia corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Notice of Dismissal With Prejudice** [#9] filed April 2, 2012. After careful review of the Notice and the file, I conclude that the Notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal With Prejudice** [#9] filed April 2, 2012, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 2, 2012, at Denver, Colorado.

                BY THE COURT:

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge